# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  March 19, 2015                    519306
_____

In the Matter of the Claim of
    BRIAN O. JONES,
                    Appellant.

COMMISSIONER OF LABOR,                    MEMORANDUM AND ORDER
                    Respondent.
_____

Calendar Date:  January 20, 2015

Before:  Lahtinen, J.P., Rose, Lynch and Clark, JJ.

_____

        Brian O. Jones, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Dawn A. Foshee of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 2, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court